In the Matter of HAROLD C. PENNICKE, Petitioner, against CARROLL E. MEALEY et al., Constituting the State Tax Commission, Respondents.—

All concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN W. LaCASSE, Appellant.—

All concur.

In the Matter of ARTHUR W. DAY, Petitioner, against BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK, et al., Respondents.—

All concur.